# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE SCOTT,** | : | **4:22-CV-0006** |
| **Plaintiff** | : | |
| | : | |
| v. | : | (Arbuckle, M.J.) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **et al.,** | : | |
| **Defendants** | : | **(Electronically filed)** |

## EXHIBITS IN SUPPORT OF THE *BIVENS* DEFENDANTS' MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

GERARD M. KARAM
United States Attorney

/s/Richard D. Euliss
RICHARD D. EULISS
Assistant U.S. Attorney
DC 999166
CYNTHIA E. ROMAN
Supv. Paralegal Specialist
240 West Third Street, Suite 316
Williamsport, PA 17701
Phone: 717-221-4462

Dated: August 8, 2022    Fax: 717-221-4493

## INDEX OF EXHIBITS

| | | |
|---|---|---|
| Exhibit 1 | | Declaration of Erin Frymoyer |
| | Attachment A | Administrative Remedy Generalized Retrieval |
| | Attachment B | Administrative Remedy 1066423-F3 |
| | Attachment C | Administrative Remedy 1066423-R1 |
| | Attachment D | Administrative Remedy 1066423-A1 |
| | Attachment E | BOP Program Statement 5566.06 |
| Exhibit 2 | | Declaration of Charles Maiorana |
| Exhibit 3 | | Declaration of Wladimir Vizcaino |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE SCOTT,** | : | 4:22-CV-0006 |
|     **Plaintiff** | : | |
| | : | |
| **v.** | : | (Arbuckle, M.J.) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **et al.,** | : | |
|     **Defendants** | : | (Electronically filed) |

## CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on August 8, 2022, she served a copy of the attached

## EXHIBITS IN SUPPORT OF THE *BIVENS* DEFENDANTS' MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

by electronic service pursuant to Local Rule 5.7 and Standing Order 04-6, ¶12.2 to the following individual(s):

Addressees:

Christopher Lynett
Clynett@atllp.com

                                                <u>Cynthia E. Roman</u>
                                                Cynthia E. Roman
                                                Supv. Paralegal Specialist